**STATEMENT OF FACTS**

Leading up to Monday September 24, 2018, Detective Timothy Palchak, the undersigned Detective/Task Force Officer (herein "UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. In that capacity, the UC posted an advertisement on a website known to law enforcement as a platform used by individuals that have a sexual interest in children among other things. The site is an anonymous social networking application where users are given a random nickname upon joining and can later change the name if they choose to do so. Users then post confessions, either fact or fiction, by super imposing text on a photo. The application has its own gallery of photos and fonts to choose from for the posts, which helps protect the anonymity of users. The UC posted a message in a group called, "Single Dads." The message read, "And other dads babysitting? ☺ pm me," superimposed over an image of a man.

On the afternoon of Monday September 24, 2018, a user using the name, "anonymous," later identified as the defendant, Zachary Franklin Ragone, contacted the UC and began a private chat communication. During the course of the chat the defendant said he was a 35 year-old male residing near Dulles Virginia. The UC informed the defendant that he had a 3 year-old niece and a 9 year-old daughter. The defendant responded, "Been messing with them both?" The UC responded, "Yes, mostly rubbing and jerking on them." The UC then began asking the defendant more questions:[1]

UC:         U ever meet or get pics from any young ones

Defendant:  I've never met but would absolutely try if I had the chance. I have seen some pictures

UC:         Mmmm what's the youngest pics u have

Defendant:  I guess 2-ish

Shortly after, the defendant asked the UC if he had a Wickr[2] or Telegram[3] account. The UC stated that he had KIK and provided his screen name. On September 24, 2018, the defendant sent the UC a message via KIK.[4] The defendant used the KIK screen name, "letshavefun8291" with a display name of "Frank Lynn."

During the course of the chat, the defendant sent the UC a clothed image of a prepubescent child, stating, "Gotta love the cute little ones." The UC then sent the defendant an image of his purported 9 year-old child,[5] which led to the following exchange:

---

[1]    All text abbreviations and typographical errors in quoted chat language reflect the original.
[2]    Wickr is a messaging application that allows people to send files to others and in a certain amount of time the sent files are automatically deleted.
[3]    Telegram is a cloud-based instant messaging and voice over IP service that is heavily encrypted and messages delete after a certain amount of time.
[4]    KIK refers to KIK messenger, a free mobile application that permits users to send text messages and other content, including videos and images.
[5]    The image did not depict a real child.

1

Defendant: Mmm cute little girl

UC: Thanks man

UC: Your pics hardcore or normal

Defendant: I'm sure those eyes would be so sexy looking up with a cock in her mouth

UC: Yes for sure

Defendant: Generally normal on kik unless I'm confident the person is fully safe. Since it doesn't have self destruct timers

UC: Ah I understand can't be too careful

Defendant: Yeah. That's why I normally like telegram or wickr and don't mind taking the first step there because I can make it auto delete. But on kik I don't feel safe being the first to share

The defendant continued sending messages to the UC asking about the UC's purported daughter's body and what the UC likes to do sexually to her. The discussion then turned to the 3-year-old:

UC: The 3 yo is easy

UC: You ever played

Defendant: How often do you see her

Defendant: No, I wish. Would love to

UC: Every other week or so

Defendant: Babysit her for the day every so often basically?

Defendant: When did you last play with her?

UC: Yep

UC: Today lol

Defendant: Mmm, lucky man

Defendant: She already gone?

| | |
|---|---|
| UC | The lil one yes |
| Defendant: | Too bad |

On September 25, 2018, the defendant reached back out to the UC to tell him that he was in D.C. for training and asked the UC if he lived in the city. When the UC responded that he did, the defendant suggested getting together so that he could show the UC some of the videos he has. He also asked the UC "Baby sitting any more this week? May be off between 3 and 4 most days." The UC responded that he might have the 3-year-old the next day, and the defendant said "Hopefully tomorrow can work out." The defendant then said he would love to see a picture of the UC's niece and said "I'm sure you'll like seeing her hand on my cock as you watch a little girl being fucked as well."

On Wednesday September 26, 2018, the defendant again initiated contact with the UC via KIK. The defendant stated, "Haven't stopped thinking about this since yesterday." During the course of the chat the UC informed the defendant that he was babysitting his 3 year-old niece that afternoon. The UC then asked the defendant if he had anything he could share on Wickr since he does not like to share anything over KIK. The defendant provided his Wickr screen name as "letshavefun9182" and the UC responded with his screen name.

The defendant began communicating with the UC on Wickr. The defendant sent the UC an image of what appears to be an underage teenage girl with her breasts exposed. The UC sent the defendant two images of his purported daughter with a sign held in front of her with the date and the message "For Frank."[6] During the course of the chat the defendant sent the UC two images depicting child pornography. The first image depicted a female toddler performing oral sex on an adult male penis. The second image depicted an adult male inserting his erect penis in a prepubescent child's vagina. The defendant set the images, as well as most of his messages, to delete automatically a few minutes after the UC received them. The UC was able to preserve the images and messages before they deleted.

The UC then informed the defendant that his daughter was going to be with her mother so he would only have the 3 year-old, and asked if three was too young for the defendant. The defendant responded "No, 3 isn't too young. Would definitely play with her." The UC and the defendant then engaged in the following exchange:

| | |
|---|---|
| Defendant: | Will do anythijt and everything you'll let me do with the 3 yo |
| Defendant: | Hopefully she'll truly look like your niece, including the cock in her mouth. |
| UC: | Ok no hardcore pen but I'm open to licking sucking and cumming on her |
| UC: | What u want to do the most with her ? |
| Defendant: | Mmmm, my biggest would be to lick her little cunt and have her suck me |

---

[6] These images did not depict a real child.

3

The two then made plans to meet at a bar after the UC's purported niece was dropped off with him and the defendant was finished with his training. The conversation then moved from Wickr back to KIK and they continued to discuss the plan:

| | |
|---|---|
| UC: | Man I'm so fucking excited . Can wait to see her with another cock |
| UC: | I'll shoot u a message as soon as I hear back |
| Defendant: | Mmm, God I can only imagine how good it'll feel with her mouth around my fat head |
| UC: | Mmmmm |
| UC: | Yes |
| Defendant: | Does she seem to have fun when you touch and play? |
| UC: | Oh yes , sometimes she is bored but most of the time she seems to enjoy and likes to play with the cum on her fingers |
| Defendant: | Mmmm good.  That makes it so much more fun if she actually is liking it |
| UC: | Oh yes she does and never cry's or anything like that |
| Defendant: | My mouth is watering imagining getting my tongue inside her |
| UC: | Mmmmm fuck I can't wait |
| Defendant: | Me too.  So not going to be able to concentrate in class this afternoon.  And I'll be peeking st my phone constantly for updates lol |
| Defendant: | Id love to hold her pussy lips open and let you cum on her exposed hole |

They continued discussing the plan to meet up that afternoon and the chat continued:

| | |
|---|---|
| UC: | What are you most looking forward to or wanting?" |
| Defendant: | Can't wait to see your face when I spread her little pussy apart |
| UC: | What about u |
| Defendant: | Mm mmm fuck |
| Defendant: | That first moment tasting her |

4

    Defendant:    Your and her reaction seeing a little girl being fucked

    Defendant:    Watching her sucking you or sucking me

The defendant and the UC continued exchanging messages throughout the afternoon. On September 26, shortly after 4:00 p.m. the defendant met the UC at a prearranged location in Washington, D.C. The defendant approached the UC at the location and introduced himself as Frank. The UC exchanged pleasantries and then stated that his sister- n-law was dropping off his niece in 5 to 10 minutes. The UC stated that he was going to use the restroom and then they would walk towards his apartment. The defendant stated "ok that will give me time to cool off." As the UC proceeded to the restroom, the defendant was arrested without incident.

Following his arrest, the defendant was advised of his rights and waived them, agreeing to speak with the agents. The defendant stated that he is employed by the Transportation Security Administration as a program analyst. During the interview, the defendant admitted to distributing child pornography to the UC. Specifically he stated that he has been interested in child pornography since he was 12 years old. He admitted to meeting the UC on the above-described application and responding to the UC's post. The defendant responded to the post, even though he does not have any children. The defendant and the UC chatted over this application and then moved their conversation to KIK. The defendant stated that he could not remember what his actual KIK name was, but he believed it to be "letshavefun" with some numbers at the end of the name.

The defendant further stated that he used Wickr to send the UC two to three pictures containing child pornography. The defendant described the photos as one being multiple "children" nude, and stated that he could not remember if they were engaging in sexual acts, and the second one as a female child engaging in a sex act.[7]

The defendant said that the photos he sent to the UC were part of a collection that he had on his iPhone X cell phone. The defendant stated that he was on Reddit, a blogging website, and saw that someone was looking to share "kinky" things with others. The defendant responded that he was interested to see what the poster possessed, and the Reddit user sent the defendant a link. Once the defendant accessed the link, he saw that it contained child pornography. He then saved the photos to an encrypted private application on his iPhone X cell phone. At the time of the interview, the defendant stated that he could not remember the name of the application in which he stored the photos on his phone. The photos that the defendant send to the UC came from this application and the defendant stated that there were 100 or more photos and videos in his application containing child pornography. The defendant also stated that in the past he has downloaded child pornography, but deleted it because he felt that it was bad for him to look at it.

 

                                                                         _____
                                                                         DETECTIVE TIMOTHY PALCHAK
                                                                         METROPOLITAN POLICE DEPARTMENT

---

[7] The actual pictures sent by the defendant to the UC are described above.

Subscribed and sworn to before me this _____ day of September, 2018.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE