# EXHIBIT C

GEORGETOWN UNIVERSITY
PRISON SCHOLARS PROGRAM AT THE DC JAIL

# CERTIFICATE OF ACHIEVEMENT

This certificate is presented to

## ZACHARY RAGONE

for completing four courses during the Fall 2019 semester



**Marc M. Howard**
DIRECTOR, PRISONS AND JUSTICE INITIATIVE

**Joshua Miller**
DIRECTOR OF EDUCATION, PRISONS AND JUSTICE INITIATIVE

# DC Department of Corrections

Upon recommendation of the Director of the DC Department of Corrections

## Zachary Ragone

### Certificate of Completion

This certificate is awarded for the completion of the Fall 2019 Semester academic course work offered by Georgetown University

Awarded on this 20th day of December, Two thousand and nineteen.



**Tabitha Burnett**
College Administrator

**Amy Lopez**
Deputy Director

# DC Department of Corrections

Upon recommendation of the Director of the DC Department of Corrections

## Zachary Ragone

### Certificate of Completion

This certificate is awarded for the completion of the Spring 2019 Semester academic course work offered by Howard University

Awarded on this 15th day of May, Two thousand and nineteen.

Clarence Humes, Jr.
Education Administrator



Quincy L. Booth
Director

ServSafe
National Restaurant Association

# ServSafe® CERTIFICATION

## ZACHARY RAGONE

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

18147755
CERTIFICATE NUMBER

5438
EXAM FORM NUMBER

7/17/2019
DATE OF EXAMINATION

7/17/2024
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®
#0655

Sherman L Brown
Sherman Brown
Executive Vice President, National Restaurant Association Solutions

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
17110811 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org.



C-TECH

RECOGNIZES THAT

ZACHARY RAGONE

Has Completed the

Connecting to Business Curriculum

Onika Mayhew 07/02/2019

Instructor and Date

# Certificate of Completion

This certificate is awarded to

**ZACHARY RAGONE**

For successful completion of

**LEADERSHIP IN THE WORKPLACE**

June 7th, 2019

DOC Instructor

Date: 06/07/2019

THE DEPARTMENT OF CORRECTIONS





# Certificate of Completion

This certificate of completion is awarded to

## Zachary Ragone

For successful completion of

CUSTOMER SERVICE IN THE WORKPLACE

July 2nd, 2019

DOC Facilitator: Onika Mayhew

Date: 7/2/19

# Certificate of Completion

**DOC** — THE DEPARTMENT OF CORRECTIONS

This certificate is awarded to

Zachary Ragone

For successful completion of

**Foreign Policy and Global Studies**

July 31st, 2019

DOC Facilitator: Onika Mayhew

07/31/2019

# D.C. Public Library
## Summer Reading Certificate

*is hereby granted to*

## Zachary Ragone

*for completing the summer reading program at the Central Detention Facility*

July 9, 2019

_____
Mobile Librarian

_____
Director of Public Services, DCPL

DC public library

